IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:23-CR-57 (WLS-TQL) |
| | : | |
| BRYAN EVERAL PITTMAN, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Presently before the Court is Defendant, Bryan Everal Pitman's, Unopped Motion to Continue Trial in the Interest of Justice, which was filed on July 13, 2023. (Doc. 22.) Therein, Defendant moves this Court to continue the August 1, 2023, pretrial conference and the August 28, 2023, trial term, to a trial term satisfactory to this Court. (*Id.*) The reason that a continuance is requested is that Defense Counsel requires additional time to review discovery with Defendant, investigate matters discussed with Defendant, and to determine the next steps in this case. (*Id.*) The Court notes that this is the first time that Defendant Pittman has requested a continuance in this matter.

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 22) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2023 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7)

because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The August 1, 2023 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 14th day of July 2023.

                                                          /s/ W. Louis Sands
                                                          **W. LOUIS SANDS, SR. JUDGE**
                                                          **UNITED STATES DISTRICT COURT**